UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80802-CIV-MARRA

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

HOMELAND COMMUNICATIONS
CORPORATION, FRANCES M. LABARRE,
and JOSEPH YURKIN

    Defendants.
and

OAK TREE ESCROW CORPORATION,
LUNA PAZZA, INC., SMR ACQUISITIONS, INC.,
SMRDEVELOPMENT.COM, INC., and
GLOBAL SURVEY CORPORATION

    Relief-Defendants
_____/

## ORDER GRANTING MOTION TO EXPAND RECEIVER'S AUTHORITY

**THIS CAUSE** is before the Court upon the Expedited Motion to Expand Receiver's Authority [DE 17] and the Agreed and Amended Expedited Motion to Expand Receiver's Authority [DE 25]. For good cause shown, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Expedited Motion to Expand Receiver's Authority [DE 17] is STRICKEN AS MOOT and the Agreed and Amended Expedited Motion to Expand Receiver's Authority [DE 25] is GRANTED. The Amended Order Appointing Receiver will be entered separately.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of September, 2007.

KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record